# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00455-CR

**Emanuel Aaron Padilla, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 57465, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Emanuel Aaron Padilla pleaded guilty to possessing over four grams of methamphetamine with intent to deliver and was placed on deferred adjudication community supervision. *See* Tex. Health & Safety Code Ann. § 481.112 (West 2003). The State subsequently moved to adjudicate, and at a hearing on the motion, appellant pleaded true to the State's allegations. The district court adjudged him guilty and assessed punishment at fifteen years in prison and a $7,675 fine.

In his sole point of error, appellant urges that the trial court erred by placing in its judgment an order that appellant pay court costs, attorney fees, fines, and restitution as a condition of parole. The State concedes the error and agrees with appellant that the judgment should be reformed. The district court's judgment is modified to reflect that the court recommends, rather

than orders, that Padilla pay court costs, attorney fees, and the fine as a condition of parole. *See*

*Bray v. State*, 179 S.W.3d 725, 728 (Tex. App.—Fort Worth 2005, no pet.). The court did not

impose restitution.

As modified, the judgment of conviction is affirmed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Modified and, as Modified, Affirmed

Filed: February 2, 2007

Do Not Publish